IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ADRIANO KRUEL BUDRI, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:17-CV-3241-C |
| | ) |
| FIRSTFLEET, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed on November 30, 2017, in accordance with 28 U.S.C. § 636(b)(1). The Findings, Conclusions, and Recommendation relate to the Court's *sua sponte* review of its own jurisdiction.

The Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court. Therefore, the above-styled and -numbered civil action is **REMANDED** to the Dallas County Justice of Peace, Pct. No. 1-1 Court, Dallas County, Texas. Plaintiff's pending Motion to Remand is denied as moot and should be termed by the Clerk.

SO ORDERED.

Dated this 19 day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE